UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
ROBERT PAONE,                                              :
                                                           :          Case No. 22-cv-9644
          Plaintiff,                                       :
                                                           :          **RULE 7.1 CORPORATE**
    vs.                                                    :          **DISCLOSURE STATEMENT**
                                                           :
SIEMENS HEALTHCARE DIAGNOSTICS                             :
INC. a/k/a SIEMENS HEALTHINEERS,                           :
                                                           :
          Defendants.                                      :
                                                           :
                                                           :
-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Siemens Healthcare Diagnostics Inc. submits the instant Corporate Disclosure Statement and states as follows:

Defendant Siemens Healthcare Diagnostics Inc. is wholly owned by Siemens Medical Solutions USA, Inc., ("SMS"), which is wholly owned by Siemens Healthineers Beteiligungen GmbH & Co. KG, which is wholly owned by Siemens Healthineers AG, which is publicly traded on the Frankfurt Stock Exchange and of which Siemens AG is the majority shareholder.

Dated:  March 3, 2023
        New York, New York                    Respectfully submitted,

                                              OGLETREE, DEAKINS, NASH,
                                               SMOAK & STEWART, P.C.

                                              By: _/s/ Kelly M. Cardin_____
                                                   Kelly M. Cardin, Esq.
                                                   Jenny Xia, Esq.
                                              599 Lexington Avenue, 17th Floor
                                              New York, New York 10022
                                              212.492.2067
                                              kelly.cardin@ogletree.com
                                              jenny.xia@ogletree.com

1

*Attorneys for Defendant
Siemens Healthcare Diagnostics Inc. a/k/a
Siemens Healthineers*