# Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

118 North Bedford Road, Suite 100
Mount Kisco, New York 10549

March 22, 2023

> Application denied. The March 27, 2023 initial conference will not be adjourned. The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 18.
>
> **SO ORDERED.**
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 22, 2023

**VIA ELECTRONIC CASE FILING**
Hon. Philip M. Halpern
United States Courthouse
300 Quarropas Street, Rm. 530
White Plains, New York 10601

Re:   *Robert Paone v. Siemens Healthcare Diagnostics Inc. a/k/a Siemens Healthineers*
      Case No. 22-CV-9644-HMP

Dear Judge Halpern:

I represent Plaintiff Robert Paone in the above-referenced Title VII action, which asserts claims for failure to reasonably accommodate Mr. Paone's sincerely held religious objection to a mandatory COVID-19 vaccination policy thereby leading to his wrongful termination. Defendant answered on March 3, 2023, denying Plaintiff's claims. I am writing on behalf of both parties.

On March 9, 2023, this case was referred to the SDNY mandatory mediation program for counseled employment discrimination cases. (ECF Doc. 17.) Pursuant to the program, the parties have 30 days from the date of the answer to exchange specified initial discovery and 60 days from the date of the answer, or as soon thereafter as it can be scheduled, to participate in a mediation session.

Accordingly, the parties jointly request that the preliminary conference, currently scheduled for March 27, 2023, at 11:00am (via telephone), be adjourned *sine die*, pending the outcome of the mandatory mediation. The parties propose that once the mediation has been completed, they will advise the Court of any need to reschedule the initial conference. This is the parties' first request to reschedule the initial conference.

Respectfully submitted,

/s/ *Steven M. Warshawsky*

Steven M. Warshawsky

cc:   Kelly M. Cardin, Esq.
      Ogletree Deakins P.C.
      Attorneys for Defendant
      via ECF